**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
MARC R. CIBELLI,

                        Plaintiff,                             20 **CIVIL** 2920 (LJL)

      -v-                                          **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                               Defendant.
--------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated June 21, 2021, that the decision of the

Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby

is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. §

405(g), for further administrative proceedings.

**Dated:** New York, New York
           June 22, 2021


                                 **RUBY J. KRAJICK**
                              _____
                                 **Clerk of Court**
        **BY:**        K. Mango
                                 _____
                                   **Deputy Clerk**